# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Gregory Hunt 358907 ) Civil Action No. _____
[Enter the full name of the plaintiff in this action] ) (to be assigned by Clerk)
)
) **COMPLAINT**
v. ) **State Prisoner**
)
Willie J Eagleton Warden )
Annie Sellers associate warden )
Captain Edge )
Lieutenant Moultrie )
Ms. Buchanon Food Service )
Enter above the full name of defendant(s) in this action )
Defendant Ms Leak Food service

I. PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes ____     No ✓

  B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

  1. Parties to this previous lawsuit:

     Plaintiff: _____

     Defendant(s): _____

  2. Court: _____
     (If federal court, name the district; if state court, name the county)

  3. Docket Number: _____

  4. Name(s) of Judge(s) to whom case was assigned: _____

  5. Disposition: _____
     (For example, was the case dismissed? Appealed? Pending?)

  6. Approximate date of filing lawsuit: _____

  7. Approximate date of disposition: _____

Complaint - State Prisoner
Revised May 9, 2013

II. PLACE OF PRESENT CONFINEMENT
   A. Name of Prison/Jail/Institution: Evans Correctional
   B. What are the issues that you are attempting to litigate in the above-captioned case? Rape, assault & battery in the presents of SCDC employ, discrimination, verbal threats
   C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓   No____
      (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓   No____
         When the end of June   Grievance Number (if available) ____
   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)?   Yes____   No ✓
   E. When was the final agency/departmental/institutional answer or determination received by you? ____

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?   Yes____   No____
   G. If your answer is YES:
      1. What steps did you take? ____
      2. What was the result? ____

III. PARTIES

   *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

   A. Name of Plaintiff: Gregory Hunt    Inmate No.: 358907
      Address: F4-A-186, 610 Hwy 9 West, Bennettsville SC 29512

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

   B. Name of Defendant: Willie Eagleton    Position: Warden
      Place of Employment: Evans CI

   C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
      Annie Sellers, associate Warden, Evans CI; Captain Edge security Evans CI
      Lieutenant Moultrie, security, Evans CI; Ms Buchanan, Food service director
      Evans CI, Ms Leak Food service Evans CI

Complaint - State Prisoner
Revised May 9, 2013


IV. STATEMENT OF CLAIM

State here, as briefly as possible, the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

This is a rape that has been covered up since August 2014. I started work in the cafeteria last year and was a line server. Lamont Montgomery AKA Gator got Ms Buchanon to move me to a cook position. Soon after inmate Montgomery catches me in the restroom and tells me if I want to live I'll do as he says. Montgomery is 6'4" 250 a muscular male, I'm 5'6" 150 small frame male. He starts by making me give him oral sex that day. The threats and rapes lasted until Dec. 2014 when inmate Montgomery choked me in the dining hall until near unconsciousness with Lt Moultrie present. Lt. Moultrie seen Montgomery attack me, this attack lasted several minutes. It was no horse playing. Finally LT Moultrie told Montgomery thats enough. He didn't pepper spray, handcuff or write inmate Montgomery up. It was as if Lt. Moultrie was scared. I was sent to my dorm and S/O Thomas said he was sending me to medical because of the bruises around my neck. While at medical Ms Sellers was called and she had photoes taken of my neck. I told her what happened but my attacker still had not went to lock up. The next Captain Edge comes to the cafeteria and makes me sign protective Custody papers. Still my attacker has not went to lock up. I was fired that week by Ms Buchanon but Montgomery still had his job. Ms Buchanon and inmate Montgomery are very friendly together. She has his birthday circled on her calenders with smilely faces saying Gators birthday. This type of relationship is against SCDC policy. A friend wrote on the Kiosk telling Ms Buchanon what Montgomery was doing to me August of 2014. She responed back to Shawn Werts misuse of Kiosk and that she would charge him if he wrote anything else. If Ms Buchanon would have called investigator Brockenberry to investgate this it would have saved me from five

IV. STATEMENT OF CLAIM - continued.

months of threats to my life, shame, humility, the pain I went through and the suffering I still go through. She knew of his background. Montgomery has a history of this type of behavior. She moved me off the line so he could do as he pleased with me. Before I was fired Ms Leak was our supervisor. I was in the restroom when inmate Montgomery bullyed his way in and forced himself inside me and when he finished I was left crying on the floor with blood, feces and seamen running out of me. I threw my underwear in the restroom trashcan and cleaned up the best I could and tried to go back to work. Ms Leak seen me and sent me to the dorm, but still Montgomery had free reign of the kitchen. I had 2 other inmates try to help me get help from outside agencies, both were threatened by inmates and administration but finally Cherie Coxe a agent from the Office of The Inspector General came and seen me June 20th and I told him of some of the things that Montgomery done to me. Montgomery had striped me of all my dignity and replaced it with shame and humility. My pride was all I had left and it hurt to bad to tell the 2 agents of what I had been through. What little I told them still put the rapist in lock up away from me. I want the 2 agents to come back so I can tell them all that went on in the 5 months. I've wrote Warden Eagleton request, he knows what happened 2 me but refuses to answer me, I've wrote mental health they won't answer, I've wrote SCDC Headquarters request to staff with no answers, I tried to contact the investigator here and she answered me but ask me to eloberate more on what I need. Everybody can see what I write on the kiosk and I've been humiliated enough, ridiculed enough by other inmates. I can't sleep at night, thinking Montgomery may have given me a ~~*~~ disease, I cry for no obvious reasons now. I need help and SCDC does not seem to care

Complaint - State Prisoner
Revised May 9, 2013

V. RELIEF

*State briefly and exactly what you want the court to do for you.*

Buchanon needs to be held accountable for not acting on the request to staff from Shawn Werts letting her know of what was happening to me in the kitchen, she needs to be held accountable for having inmate relations. This P.R.E.A. issue should have been investigated after she knew, The rumors should have been enough for her to call the investigator.

Annie Sellers needs to be held accountable, she seen my neck how bad it was and had photoes taken, but she to refused to get the investigator involved and did not charge the attacker and lock him up

Captain Edge need to be held accountable, he knew of the assault seen the pictures, didn't lock him up and didn't get the investigator involved

Lt. Moultrie should be fired for putting my life in danger he should have stop the assault the first time Montgomery slapped me, Lt. Moultrie let the attack go on for several moments before saying that's enough, he violated protocol and policy by not stopping the attack. Ms Leak knew the rumors of me being raped and just sent me to the dorm with my pants a bloody mess, she to did not call the investigator so she should be held accountable

Warden Eagleton is the immediate supervisor of all involved and has actively been cover this all up so he to need to be held accountable. I need counceling and mental health treatment and be tested for diseases, and for all of these people to stop making threats against me. I also want to speak to investigator Brackenberry.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __27__ day of __September__, 20__15__.

X _____ 358907
Signature of Plaintiff

Complaint - State Prisoner
Revised May 9, 2013