IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Gregory Hunt, | ) | Civil Action No. 4:15-4142-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER AND OPINION** |
| | ) | |
| Willie J. Eaglton, Warden; Annie Sellers, | ) | |
| Associate Warden; Captain Edge; | ) | |
| Lieutenant Moultrie; Ms. Buchanan, Food | ) | |
| Service; Ms. Leak, Food Service, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Gregory Hunt ("Plaintiff"), proceeding *pro se*, brought this action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B), D.S.C., this matter was referred to United States Magistrate Judge Thomas E. Rogers, III, for pre-trial handling and a Report and Recommendation ("Report").

This matter is before the Court on Defendants' Motion for Summary Judgment (ECF No. 35). On August 15, 2016, Magistrate Judge Rogers issued a Report recommending that Defendants' Motion for Summary Judgment be granted. (ECF No. 48.) The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. (ECF No. 48-1.) Plaintiff filed no objections and the time for doing so expired on September 1, 2016.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976).

The Court may accept, reject, or modify, in whole or in part, the Report or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

After a careful review of the record, the applicable law, and the Report, the Court finds the Magistrate Judge's recommendation to be proper and to evince no clear error. Accordingly, the Report and Recommendation is incorporated herein by reference. Defendants' Motion to Dismiss or in the alternative for Summary Judgment (ECF No. 35) is GRANTED, and this action is DISMISSED with prejudice.

**IT IS SO ORDERED**.

/s/Bruce Howe Hendricks
United States District Judge

September 20, 2016
Greenville, South Carolina

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.